No. 423, Misc. CARBONARO ET AL. *v.* NEW YORK. Court of Appeals of New York. Certiorari denied. *Leon B. Polsky* for petitioners. *Frank S. Hogan* and *H. Richard Uviller* for respondent.

No. 396, Misc. CAPPUCCIO *v.* NEW YORK. Court of Appeals of New York. Certiorari denied.